

# NUMBER 13-12-00142-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE MATTER OF F. M. G., A JUVENILE

**On appeal from the 332nd District Court
of Hidalgo County, Texas, Sitting as a Juvenile Court**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes
Memorandum Opinion Per Curiam**

Appellant, F.M.G., a juvenile, perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in cause number J-689-11-F. On January 17, 2013, this Court abated the appeal and remanded the case to the trial court to determine whether appellant desires to prosecute the case and why appellant's counsel failed to file a brief.

Appellant has filed an unopposed motion to dismiss the appeal on grounds he no longer wishes to pursue the matter. Appellant requests that this Court dismiss the appeal. This appeal is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
28th day of March, 2013.